UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **CV 24-10258-MWF(BFMx)**                                      Date:  February 27, 2025

Title     ***Sepideh Azarian v. Merrick B. Garland, et al.***

Present: The Honorable:     **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

    This action was transferred from the District of Columbia to the Central District of California on November 13, 2024.  (Docket No. 10).  On December 18, 2024, the parties filed a Stipulation for Extension of Time to Respond to Initial Complaint (the "Stipulation").  (Docket No. 19).  Pursuant to the parties' Stipulation, the time for Defendants to respond to the Complaint was extended to January 17, 2025.

    The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **MARCH 14, 2025**.

- By Defendants:  Response to the Complaint.  The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

   OR

- By Plaintiff:  Application to the Clerk to Enter Default as to properly served Defendants who have not timely responded to the Complaint.

    No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 24-10258-MWF(BFMx)**                                Date:  February 27, 2025

Title        ***Sepideh Azarian v. Merrick B. Garland, et al.***

respond to the Order to Show Cause by **March 14 2025,** will result in the dismissal of this action.

    IT IS SO ORDERED.